MEYER MENDELL, plaintiff in error, *vs.* THE SOUTHERN MUTUAL INSURANCE COMPANY, defendant in error.

W. E. RAGLAND, for use, etc., plaintiff in error, *vs.* THE SINGER SEWING MACHINE COMPANY, defendant in error.

THE SINGER MANUFACTURING COMPANY, plaintiff in error, *vs.* JAMES D. COTTINGHAM, defendant in error.

W. H. JONES, assignee, plaintiff in error, *vs.* THE MOBILE AND GIRARD RAILROAD COMPANY, defendant in error.

THOMAS A. BARNES, plaintiff in error, *vs.* THE WESTERN UNION TELEGRAPH COMPANY, defendant in error.

S. G. DORSEY, plaintiff in error, *vs.* W. T. SIMS, defendant in error.

ALFRED BRYAN, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

The discretion of the court below, exercised in granting or refusing a new trial, where the judgment turns upon conflicting facts, will not be controlled, unless manifestly abused, or unless some well-recognized principle of law be violated.